**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02433-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

LARRY M. WRIGHT, President, Wright's Piloting and Trucking, Inc.,

    Respondent.

_____

**FINAL ENFORCEMENT ORDER**
_____

Having considered the United States' Petition to Enforce Internal Revenue Service Summons ("Petition") and the accompanying exhibits, and having considered the stipulation of the parties regarding the same, this Court finds as follows.

    1.    On April 5, 2010, the Internal Revenue Service issued a summons to Respondent Larry M. Wright, President, Wright's Piloting and Trucking, Inc., ("Respondent").

    2.    The Internal Revenue Service summons was issued to Respondent for a legitimate purpose: to determine the tax liability of Respondent for the calendar years ending December 31, 2008 and December 31, 2009.

    3.    The above-listed tax periods were specified in the Internal Revenue Service summons served on Respondent.

4. The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Affidavit of Service (Doc. 5), Respondent was served on November 21, 2010 with (1) the Petition to Enforce IRS Summons and Attachments, (2) Order to Show Cause, (3) Motion to Reset Show Cause Hearing, and (4) Minute Order.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

9. During the telephonic hearing conducted by the Court on January 28, 2011, both Petitioner and Respondent stipulated that Respondent shall comply with the Internal Revenue Service summons by April 1, 2011.

10. During the telephonic hearing conducted by the Court on January 28, 2011, Respondent agreed to accept service of process, including the orders issued by the Court, at the address Respondent stated on the record.

**THEREFORE, IT IS ORDERED as follows:**

1. That the stipulation of the parties as stated and approved by them on

the record during the hearing on January 28, 2011, is approved and ordered;

    2.  That Respondent shall comply with and obey the Internal Revenue Service summons served on him by appearing at the Internal Revenue Service office at 561 25 Road, Suite B, Grand Junction, CO 81501-2520, before Revenue Officer Frank Long, telephone number (970) 254-3413 (or other location that may be stipulated by the parties), at a time agreeable to both parties, but not later than April 1, 2011, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons;

    3.  That failure to comply with this Order may result in Respondent being found in contempt of Court, in which case he may be fined or imprisoned; and

    4.  That on entry of this Order, this case shall be closed, and Judgment shall be entered in favor of Petitioner United States of America.

    Dated this 31st day of January, 2011.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge